**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Scott Allen Steckler, | ) | |
| | ) | Case No.  1:09-cr-050 |
| Defendant. | ) | |

On July 29, 2009, the Government filed a Motion for Alternative Victim Notification Procedures pursuant to Title I of the Justice for All Act of 2004 (the "Act"), 18 U.S.C. § 3771.  The court finds that the number of potential victims in this action makes it impractical to accord them all of the rights described in § 3771(a).  Accordingly, the court **GRANTS** the Government's motion (Docket No.  15).  To give effect to the Act, the court authorizes the Government provide notice to potential victims by posting a notice in the lobby of the post office in Bismarck, North Dakota.  This notice should read as follows:

> This letter is serving as a notification that you may have not received some of your mail from December 1997 through January 2009.  An investigation into this matter is ongoing.  An individual allegedly responsible has been indicted in the United States District Court for the District of North Dakota.
>
> If you believe you did not receive mail during this time period, please submit a written description of the mail and the time during which you should have received the mail.
>
> If you believe that you have suffered a financial loss due to not receiving your mail, please provide a written statement documenting each instance in which a loss was incurred as a result of not receiving mail.
>
> Your written response should include current contact information including name, address, telephone number, and email address (if applicable).  Your response should

1

>also indicate whether you desire notification of future developments in this criminal case.
>
>Please direct your response to Beth Lang, Victim Witness Coordinator for the Office of the United States Attorney, Bismarck, North Dakota, at 1-888-828-8050, by September 9, 2009.

This notice shall also be published in the official newspaper of record for Burleigh County, The Bismarck Tribune.  Finally, the Government shall provide continuing communication with alleged victims requesting it in accordance with the Act.

**IT IS SO ORDERED.**

Dated this 31st day of July, 2009.

>*/s/  Charles S.  Miller, Jr.*
>Charles S.  Miller, Jr.
>United States Magistrate Judge