**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Scott Allen Steckler, | ) | |
| | ) | Case No. 1:09-cr-050 |
| Defendant. | ) | |

---

On July 29, 2009, the Government filed a Motion for Alternative Victim Notification

Procedures pursuant to Title I of the Justice for All Act of 2004 (the "Act"), 18 U.S.C. § 3771. The

court finds that the number of potential victims in this action makes it impractical to accord them

all of the rights described in § 3771(a). Accordingly, the court **GRANTS** the Government's motion

(Docket No. 15). To give effect to the Act, the court authorizes the Government provide notice to

potential victims by posting a notice in the lobby of the post office in Bismarck, North Dakota.  This

notice should read as follows:

> This letter is serving as a notification that you may have not received some of your
> mail from December 1997 through January 2009. An investigation into this matter
> is ongoing.

> If you believe you did not receive mail during this time period, please submit a
> written description of the mail and the time during which you should have received
> the mail.

> If you believe that you have suffered a financial loss due to not receiving your mail,
> please provide a written statement documenting each instance in which a loss was
> incurred as a result of not receiving mail.

> Your written response should include current contact information including name,
> address, telephone number, and email address (if applicable). Your response should
> also indicate whether you desire notification of future developments in this criminal

case.

Please direct your response to Beth Lang, Victim Witness Coordinator for the Office
of the United States Attorney, Bismarck, North Dakota, at 1-888-828-8050, by
September 9, 2009.

This notice shall also be published in the official newspaper of record for Burleigh County, The

Bismarck Tribune. Finally, the Government shall provide continuing communication with alleged

victims requesting it in accordance with the Act.

**IT IS SO ORDERED.**

Dated this 3rd day of August, 2009.


                                                    */s/  Charles S.  Miller, Jr.*
                                                    Charles S.  Miller, Jr.
                                                    United States Magistrate Judge